# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. HUMPLE,<br><br>           Plaintiff,<br><br>    v.<br><br>K. ROODA, et al.,<br><br>           Defendants.           / | CASE NO.   1:10-cv-00843-GBC (PC)<br><br>ORDER DISMISSING PLAINTIFF'S CASE WITHOUT PREJUDICE FOR FAILURE TO OBEY A COURT ORDER<br><br>CLERK TO CLOSE CASE |

**ORDER**

Plaintiff Jeffrey A. Humple ("Plaintiff") is a state prisoner is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on May 13, 2010 and consented to Magistrate Judge jurisdiction on July 14, 2010. (ECF Nos. 1 & 7.)

In its June 10, 2011 Screening Order, the Court found that Plaintiff failed to state any cognizable claims and granted him leave to amend. (ECF No. 9.)  He was also warned that failure to comply with that Order could result in dismissal of his action for failure to obey a Court Order.  Plaintiff then filed a motion to dismiss that requested injunctive relief.

(ECF No. 10.)  The Court denied the request and ordered that Plaintiff clarify if he wanted the action to be dismissed. (ECF No. 11.)  Plaintiff did not respond.  The Court then issued an order to show cause why the case should not be dismissed.  (ECF No. 12.)  To date, the Court has not received a response to the Show Cause Order and Plaintiff has not filed an amended complaint or a clarification of his dismissal request.

Accordingly, this action is HEREBY DISMISSED, without prejudice, based on Plaintiff's failure to obey several Court Orders.  The Clerk shall close the case.

IT IS SO ORDERED.

Dated: _____September 19, 2011_____        _____
                                                                            UNITED STATES MAGISTRATE JUDGE